1  Yana A. Hart, Esq. (SBN: 306499)
   yana@kazlg.com
2  **Kazerouni Law Group, APC**
   2221 Camino Del Rio South, Suite 101
3  San Diego, CA 92108
   Telephone: (619) 233-7770
4  Fax: (619) 297-1022
5
6  *Counsel for Plaintiff and the*
   *Putative Class*
7
8
9          **IN THE UNITED STATES DISTRICT COURT**
10         **CENTRAL DISTRICT OF CALIFORNIA**
11

| Terri Alves, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Typeform US, LLC and Agent Zip, Inc.,<br><br>Defendants. | **Case No.: 2:20-cv-03365-DSF-AGR**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TYPEFORM US, LLC,  ONLY, WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. DALE S. FISCHER** |
| --- | --- |

//

Plaintiff TERRI ALVES, hereby moves this Court to dismiss Defendant TYPEFORM US, LLC *only* from the above entitled action without prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss the Defendant TYPEFORM US, LLC *only* from the above entitled action without prejudice. The action remains pending with regard to the remaining defendant, AGENT ZIP, INC.

Dated: May 4, 2020

**KAZEROUNI LAW GROUP, APC**

By:  s/ Yana A. Hart
Yana Hart, Esq.
*Counsel for Plaintiff and
the Putative Class*

**KAZEROUNI LAW GROUP, APC**
San Diego, California