# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terri Alves, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Typeform US, LLC and Agent Zip, Inc.,<br><br>Defendants. | Case No.: 2:20-cv-03365-DSF-AGR<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANT TYPEFORM US, LLC, ONLY, WITHOUT PREJUDICE**<br><br>**HON. DALE. S. FISCHER** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders Defendant Typeform US, LLC to be, and is, dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 11, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER**