Yana A. Hart Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terri Alves, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agent Zip, Inc.,<br><br>Defendant. | CASE NO.: 2:20-CV-03365-DSF-AGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiff Terri Alves ("Plaintiff") hereby moves to dismiss this action without prejudice as to the named Plaintiff and without prejudice as to the putative class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice as to the name Plaintiff and without prejudice as to the Putative Class.

Dated: Jun 3, 2020                    **KAZEROUNI LAW GROUP, APC**

                                      By: s/ Yana A. Hart
                                          Yana A. Hart, Esq.
                                          *Attorney for Plaintiff*

- 1 of 1 -