JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terri Alves, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Agent Zip, Inc.,<br><br>Defendants. | Case No.: 2:20-cv-03365-DSF-AGR<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**HON. DALE. S. FISCHER** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed without prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

IT IS SO ORDERED.

DATED: July 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER